CLOSED, JURY, STAYED

**U.S. District Court**
**Southern District of Ohio (Columbus)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-00501-ALM-MRA**

Campbell et al v. Davol, Inc. et al
Assigned to: Algenon L. Marbley
Referred to: Mark R. Abel
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/22/2008
Date Terminated: 07/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary Campbell** represented by **Robert Craig McLaughlin**
Elk & Elk Co., L.P.A.
6110 Parkland Blvd.
Suite 100
Mayfield Heights, OH 44124
440-442-6677
Fax: 440-442-7944
Email: rmclaughlin@elkandelk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ovid Campbell** represented by **Robert Craig McLaughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Jeffrey Moeller**
Hermann Cahn & Schneider
1301 East 9th Avenue
# 500
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Jeffrey Moeller**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2008 | 1 | Civil Cover Sheet (sr) (Entered: 05/22/2008) |
| 05/22/2008 | 2 | COMPLAINT filed by Mary Campbell, Ovid Campbell with JURY DEMAND against Davol, Inc., C.R. Bard, Inc. (sr) (Entered: 05/22/2008) |
| 05/22/2008 | 3 | Summons Issued as to Davol, Inc. and C.R. Bard, Inc. (sr) (Entered: 05/22/2008) |
| 05/22/2008 | | Civil Case Filing fee: $ 350, receipt number 200COL003092 (sr) (Entered: 05/22/2008) |
| 06/19/2008 | 4 | Unopposed MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by Defendants Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A, Defendants' Seventy-Fourth 7.5(e) Notice of Potential Tag-Along, # 2 Exhibit B, Order Granting Defendant Davol Inc.'s and Defendant C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL) (Moeller, Jeffrey) (Entered: 06/19/2008) |
| 06/23/2008 | 5 | ORDER granting 4 Motion to Stay. Signed by Mark R. Abel on 06/23/2008. (sr) (Entered: 06/23/2008) |
| 06/25/2008 | | Notice of Correction - pretrial notice was docketed in wrong case. It was then deleted and docketed in the proper case. (jm1, ) (Entered: 06/25/2008) |
| 07/14/2008 | 6 | NOTICE of Certified MDL Transfer Order. Case Transferred to US District Court for the District of Rhode Island - MDL No. 1842 - In Re: Kugel Mesh Hernia Patch Products Liability Litigation. (sln ) (Entered: 07/23/2008) |
| 07/23/2008 | 7 | Letter sent to MDL Panel. (sln ) (Entered: 07/23/2008) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/31/2008 09:27:05 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00501-ALM-MRA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |